**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIAH KINMAN,**

        **Plaintiff,**

**-vs-**          **Case No. 6:10-cv-1146-Orl-28DAB**

**MUGSHOTS OF ALTAMONTE SPRINGS,**
**LLC, CHRISTOPHER LICATA,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on review of the Notice of Dismissal with prejudice filed by Plaintiff (Doc. No. 9). Although settlement agreements in a Fair Labor Standards Act case are subject to review as to whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over Fair Labor Standard Act issues, as stated in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir.1982), here, the Notice states that Plaintiff has accepted payment of her claim in full, without compromise. As Plaintiff has been paid in full, including liquidated damages and attorney's fees, there is no "compromise" to review. It is therefore **respectfully recommended** that the case be dismissed, as requested, and the clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 20, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy