# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIAH KINMAN,**

        **Plaintiff,**

**-vs-**                                            **Case No.  6:10-cv-1146-Orl-28DAB**

**MUGSHOTS OF ALTAMONTE SPRINGS, LLC,  CHRISTOPHER LICATA,**

        **Defendants.**

_____

## ORDER

This case is before the Court on the Notice of Dismissal with Prejudice (Doc. No. 9) filed by Plaintiff in October 18, 2010.  The United States Magistrate Judge has submitted a report recommending that the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 21, 2010 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed with prejudice.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10th__ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge